UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7459 PA (FFM) | Date | December 6, 2011 |
|---|---|---|---|
| Title | DOUGLASS BROWN v. ED FREEDMAN, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING ADDRESS

On November 10, 2011, defendant Milazzo filed a Motion to Dismiss the First Amended Complaint in this action. On November 16, 2011, the Court issued an order setting a briefing schedule regarding defendant's motion. The service copy of that order sent to plaintiff has since been returned to the Court with the notation "Released to Custody Release."

Pursuant to Local Rule 41-6:

A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any. If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

Local Rule 41-6; *see Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988).

Plaintiff is ordered to show cause within fifteen (15) days of the date of this order why this action should not be dismissed as to him for his failure to inform the Court of his change of address.

Failure to file a timely response to this order within the time specified will be deemed consent to the dismissal of this action.