UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOUGLASS BROWN, | ) | No. CV 08-7459 PA (FFM) |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| ED FREEDMAN, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order Dismissing Action,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: December 15, 2011

_____
PERCY ANDERSON
United States District Judge